OLIJNYK v HARRISON COMMUNITY HOSPITAL, INC.

LIMITATION OF ACTIONS—NEGLIGENCE—WRONGFUL DEATH—MEDICAL
    MALPRACTICE—STATUTES.
    An action for wrongful death which is based on allegations of
    medical malpractice is barred by the two-year statute of limita-
    tions applicable to actions charging malpractice rather than
    the three-year limitation applicable to wrongful death actions
    (MCLA 600.5805[3], [7]; MSA 27A.5805[3], [7]).

Appeal from Macomb, Howard R. Carroll, J.
Submitted November 8, 1977, at Detroit. (Docket
No. 77-849.) Decided December 1, 1977. Leave to
appeal denied, 402 Mich —.

Complaint by John Olijnyk, administrator of the
estate of Michael Olijnyk, deceased, against Harri-
son Community Hospital, Inc., Dr. Frank Cheung
and Dr. Henry Winkler, M.D., P. C., for damages
for wrongful death resulting from malpractice.
Accelerated judgment in favor of defendant Wink-
ler. Plaintiff appeals. Affirmed.

*Craig, Fried & Heidt,* for plaintiff.

*Schureman, Frakes, Glass & Wulfmeier,* for de-
fendant Dr. Henry Winkler.

Before: D. C. RILEY, P. J., and D. F. WALSH and
A. C. MILLER,* JJ.

REFERENCES FOR POINTS IN HEADNOTE
22 Am Jur 2d, Death § 38.
61 Am Jur 2d, Physicians and Surgeons § 181. Statute of limitations
    applicable to malpractice action against physician, surgeon, den-
    tist, or similar practitioner. 80 ALR2d 320.
* Circuit judge, sitting on the Court of Appeals by assignment.

PER CURIAM. Plaintiff brought an action for wrongful death against defendants. The complaint is based on allegations of malpractice.

Defendant Winkler moved for accelerated judgment on the ground that the action against him was barred by the two-year statute of limitations applicable to actions charging malpractice. MCLA 600.5805(3); MSA 27A.5805(3). The motion was granted.

Plaintiff contends that for wrongful death actions the proper period of limitations is the three-year period provided for in MCLA 600.5805(7); MSA 27A.5805(7). It has been so ruled in several cases not involving a charge of malpractice. *Rhule v Armstrong,* 384 Mich 709; 187 NW2d 223 (1971), *Coury v General Motors Corp,* 376 Mich 248; 137 NW2d 134 (1965), *Szydelko v Smith's Estate,* 259 Mich 519; 244 NW 148 (1932).

This Court has ruled, however, that the two-year period of limitations for malpractice actions is applicable to wrongful death actions which charge malpractice. *Castle v Lockwood-MacDonald Hospital,* 40 Mich App 597; 199 NW2d 252 (1972). We are persuaded that that ruling was correct and we apply it here.

The lower court is affirmed. Costs to appellee.